UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRIS SRUBAR, DANNY GIPSON, HAROLD SEGHERS, COLLETTE SRUBAR, PATSY GIPSON and KIM SEGHERS | * | CIVIL ACTION |
| | * | NO. |
| VERSUS | * | SECTION |
| COMPASS ENGINEERING AND CONSULTANTS, L.L.C., and GRAND ISLE SHIPYARD, INC. | * | MAGISTRATE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*     **JURY TRIAL DEMANDED**

## <u>PLAINTIFFS' ORIGINAL COMPLAINT</u>

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, **Chris Srubar, Danny Gipson, Harold Seghers, Collette Srubar, Patsy Gipson** and **Kim Seghers**, all persons of the age of majority and citizens of the State of Louisiana (Srubars and Seghers) and the State of Mississippi (Gipsons), who respectfully represent as follows:

I.

Made Defendants herein are:

**Compass Engineering and Consultants, L.L.C. ("Compass")** a Louisiana Limited Liability Company authorized to do and doing business within the jurisdiction of this Court which is indebted unto plaintiffs for the following        reasons as set forth below; and

**Grand Isle Shipyard, Inc. ("GIS, Inc.")**, a Louisiana Corporation authorized to do  and doing business within the jurisdiction of this Court which is indebted unto plaintiffs   for the following reasons as set forth below.

1

II.

Jurisdiction is proper pursuant to Federal Question Jurisdiction (28 U.S.C. § 1331) and the Outer Continental Shelf Lands Act (OCSLA) 43 U.S.C. § 1301 *et seq*. Venue is proper in this district pursuant to 18 U.S.C. § 1965(a), as one or more of the defendants are located within this district, and pursuant to 28 U.S.C. § 1391(b)(2), as substantial part of the events giving rise to this action occurred on a fixed platform located within this district.

Pursuant to 43 U.S.C. § 1332(2)(A), state laws are declared to be the law of the United States for fixed structures that would be within the area of the state if its boundaries were extended seaward to the outer margin of the continental shelf. Consequently, this matter is governed by the substantive laws of the State of Louisiana, including but not limited to La.C.C. art. 2315.

III.

On or about November 16, 2012, plaintiffs herein, **Chris Srubar, Danny Gipson** and **Harold Seghers** were working on a fixed platform located within West Delta Block 32 in the Gulf of Mexico on the Outer Continental Shelf.

IV.

Upon further information and belief, employees of defendants **Compass** and **GIS, Inc.,** were working on the said platform at the same time as plaintiffs, and at all pertinent times herein.

V.

On November 16, 2012, at approximately 8:45 a.m. CST, an explosion and fire occurred on the West Delta 32 Block fixed platform, located in the Gulf of Mexico approximately 17 miles Southeast of Grand Isle, Louisiana, in 52 feet of water.  As a result, plaintiffs **Chris Srubar, Danny Gipson** and **Harold Seghers** sustained significant and permanently disabling injuries including physical injuries and mental injuries when the explosion and fire erupted on the fixed platform. Plaintiffs further allege that they did not cause or contribute in any way, shape or form to said explosion and fire.

VI.

Upon information and belief, the sole legal cause and cause-in-fact of the subject explosion and fire of November 16, 2012, was the joint and several negligence of the named defendants for failing to properly train and supervise their employees to conduct their work on the fixed platform in a safe, prudent manner, and in conformity with all legal requirements. Additionally, the named defendants are responsible, via *respondeat superior*, for all direct acts of negligence committed or attributable to their employees on the fixed platform, and all damages flowing therefrom suffered by these plaintiffs, as one or several of defendants' employees caused the fire and explosion due to the improper application of a welding torch to a pipe that had not been drained of combustible gas.

VII.

Plaintiffs **Chris Srubar, Danny Gipson** and **Harold Seghers** specifically allege that they have suffered the following nonexclusive damages as a result of the explosion and fire:

3

(1)     Past, present and future physical pain and suffering, permanent injury and/or disability;

(2)     Past, present and future mental anguish and emotional distress, including  but not limited to acute and or post-traumatic stress disorder suffered by these plaintiffs as a result of the explosion and fire;

(3)     Past, present and future disfigurement;

(4)     Past, present and future loss of wages, fringe benefits, loss of earning capacity, and other economic damages suffered by plaintiffs;

(5)     Past, present and future medical expenses; and

(6)     All other damages as will be shown at trial in regard to these plaintiffs.

VIII.

At all pertinent times hereto **Collette Srubar** was and remains the spouse of **Chris Srubar**. Similarly, **Patsy Gipson** was and remains the spouse of **Danny Gipson,** and **Kim Seghers** was and remains the spouse of **Harold Seghers**. Accordingly, said plaintiffs herein each assert a claim for spousal damages including loss of consortium, mental and emotional suffering and all other damages incurred as a result of their husbands' injuries.

IX.

Plaintiffs herein pray for a trial by jury on all issues raised.

**WHEREFORE,** plaintiffs **CHRIS SRUBAR, DANNY GIPSON, HAROLD SEGHERS, COLLETTE SRUBAR, PATSY GIPSON** and **KIM SEGHERS** pray that this, their Complaint for Damages, be deemed good and sufficient and after due proceedings had there be judgment herein in their favor and against the defendants, **Compass Engineering and**

**Consultants, LLC**, and **Grand Isle Shipyard, Inc.**, and for all Court costs and prejudgment interest, and for all other general and equitable relief available.

Respectfully submitted,

_____
**JOSEPH R. McMAHON, III, #21769 (T.A.)**
110 Ridgelake Drive
Metairie, Louisiana 70001
Telephone: (504) 828-6225
Facsimile:  (504) 828-6201
*jrm@webdsi.com*

and

**ANTHONY S. MASKA (#25163)**
19348 N. 4th Street
Covington, LA 70433
T: (504) 784-0383
F: (504) 335-0774
*anthonymaska@gmail.com*
**Counsel for Plaintiffs**