UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDNA TAJONERA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF AVELINO TAJONERA, DECEASED, AND AS NEXT FRIEND OF MAVERICK TAJONERA AND EDRIAN TAJONERA, MINOR CHILDREN, and JADE TAJONERA | CIVIL ACTION<br><br>NO. 13-0366 c/w 13-0550, 13-2496, 13-5137, 13-5508, 13-6022, 13-6099<br><br>SECTION: "G"(5) |
| VERSUS | |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC | |

**ORDER**

**IT IS ORDERED** that the above captioned matter and Civil Action No. 13-6413, *Srubar et al v. Compass Engineering and Consultants, LLC*, are hereby consolidated.

**IT IS FURTHER ORDERED** that the September 11, 2013 scheduling order setting forth discovery deadlines and setting a status conference, final pretrial conference and trial dates remains in full force and effect and applies to all cases in this consolidated action.

Pursuant to the Court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

The clerk of court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing

of a case will also be entered on the individual docket sheet.  All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case and to file such designation and to file such designation with the clerk within seven days of the de-consolidation order.

**NEW ORLEANS, LOUISINA**, this ___20th___ day of November, 2013.

                                                **NANNETTE JOLIVETTE BROWN**
                                                **UNITED STATES DISTRICT JUDGE**